Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−17508−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hesham M Eldeib
   2084 Yorktowne Blvd.
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−0093

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          10/7/20
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

  An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

  **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 12, 2020
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 20-17508-CMG
Hesham M Eldeib                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Aug 12, 2020
                               Form ID: 132             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.

```
db          +Hesham M Eldeib,    2084 Yorktowne Blvd.,    Toms River, NJ 08753-1679
r           +Ruggeri Realty, LLC,    1801 Boulevard,    Seaside Park, NJ 08752-1210
518872267   +American Express National Bank, AENB,    c/o Zwicker and Associates, P.C.,
              Attorneys/Agents for Creditor,    P.O. 9043,    Andover, MA 01810-0943
518865285   +American Express Travel Related Services,    Attn: Bankruptcy,    PO Box 981537,
              El Paso, TX 79998-1537
518865286   +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518906819   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518865287   +Barclay Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
518865288   +Barclays Bank Delaware,    Attn: Bankruptcy,    PO Box 8801,    Wilmington, DE 19899-8801
518921919   +Brian T. Crowley, McDonnell Crowley, LLC,    115 Maple Ave.,    Red Bank, NJ 07701-1752
518865289    Business Card,    PO Box 15796,    Wilmington, DE 19886-5796
518865293    Cardmemeber Services,    PO Box 790408,    Saint Louis, MO 63179-0408
518865294   +Cbna,    Attn: Centralized Bankruptcy,    PO Box 790034,    St Louis, MO 63179-0034
518865298   +Citibank,    Citicorp Credit Srvs/Centralized Bk dept,    PO Box 790034,
              St Louis, MO 63179-0034
518865301   +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bk dept,    PO Box 790034,
              St Louis, MO 63179-0034
518865303    First Bankcard,    PO Box 2557,    Omaha, NE 68103-2557
518865304   +First Mark Services,    First Mark Services,    PO Box 82522,    Lincoln, NE 68501-2522
518865305   +First National Bank of Omaha,    Attn: Bankruptcy,    PO Box 3128,    Omaha, NE 68103-0128
518865306    Firstmark Services,    PO Box 2977,    Omaha, NE 68103-2977
518865307   +Holiday City Association,    2170 Yorktowne Blvd.,    Toms River, NJ 08753-1630
518865308   +Hsbc Bank,    Attn: Bankruptcy,    PO Box 2013,    Buffalo, NY 14240-2013
518919045   +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
              c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
              Boca Raton, FL 33487-2853
518874743   ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
             (address filed with court: First National Bank of Omaha,    1620 Dodge St Stop Code 3129,
              Omaha Ne 68197)
518865309   +PNC Bank,    Attn: Bankruptcy,    PO Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
518865313    Shop Your Way Mastercard,    PO Box 78024,    Phoenix, AZ 85062-8024
518865316   +TD Bank, NA,    PO Box 100290,    Columbia, SC 29202-3290
518865317   +U.S. Bancorp,    Attn: Bankruptcy,    800 Nicollet Mall,    Minneapolis, MN 55402-7014
518889917    U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
              Saint Louis MO 63166-0108
518865320   +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
              Des Moines, IA 50328-0001
518874994    Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
              Des Moines, IA 50306-0438
518865321   +Zwicker & Associates, PC,    800 Federal Street,    Andover, MA 01810-1067
518865322    Zwicker & Associates, PC,    80 Minuteman Rd.,    Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2020 23:56:24     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2020 23:56:20     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518865283    E-mail/Text: bnc@alltran.com Aug 12 2020 23:55:56     Alltran Financial, LP,
              5800 North Course Drive,    Houston, TX 77072-1613
518865284    E-mail/Text: bnc@alltran.com Aug 12 2020 23:55:56     Alltran Financial, LP,    PO Box 722929,
              Houston, TX 77272-2929
518882540    E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 12 2020 23:55:41     Citizens Bank N.A.,
              One Citizens Bank Way,    JCA115,    Johnston, Rhode Island 02919
518865290   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2020 00:04:18     Capital One,
              Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518865302    E-mail/Text: mrdiscen@discover.com Aug 12 2020 23:55:48     Discover Financial,
              Attn: Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850
518879198    E-mail/Text: mrdiscen@discover.com Aug 12 2020 23:55:48     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany OH 43054-3025
518865295    E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 13 2020 00:04:16     Chase Card Services,
              Attn: Bankruptcy,    PO Box 15298,    Wilmington, DE 19850
518865312   +E-mail/Text: bankruptcyteam@quickenloans.com Aug 12 2020 23:56:34     Quicken Loans,
              Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
518866074   +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 00:03:57     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518865314   +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 00:04:34     Synchrony Bank/Lowes,
              Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
518865315    E-mail/Text: bankruptcy@td.com Aug 12 2020 23:56:25     TD Bank, N.A.,    32 Chestnut Street,
              PO Box 1377,    Lewiston, ME 04243
                                                                                               TOTAL: 13
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Aug 12, 2020
                              Form ID: 132             Total Noticed: 44

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518921920*    +Brian T. Crowley, McDonnell Crowley, LLC,   115 Maple Ave.,   Red Bank, NJ 07701-1752
518865291*    +Capital One,   Attn: Bankruptcy,   PO Box 30285,    Salt Lake City, UT 84130-0285
518865292*    +Capital One,   Attn: Bankruptcy,   PO Box 30285,    Salt Lake City, UT 84130-0285
518865299*    +Citibank,   Citicorp Credit Srvs/Centralized Bk dept,   PO Box 790034,
               St Louis, MO 63179-0034
518865300*    +Citibank,   Citicorp Credit Srvs/Centralized Bk dept,   PO Box 790034,
               St Louis, MO 63179-0034
518865296*   ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
               MONROE LA 71203-4774
              (address filed with court:   Chase Card Services,   Attn: Bankruptcy,   PO Box 15298,
               Wilmington, DE 19850)
518865297*   ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
               MONROE LA 71203-4774
              (address filed with court:   Chase Card Services,   Attn: Bankruptcy,   PO Box 15298,
               Wilmington, DE 19850)
518865310*    +PNC Bank,   Attn: Bankruptcy,   PO Box 94982: Mailstop Br-Yb58-01-5,   Cleveland, OH 44101-4982
518865311*    +PNC Bank,   Attn: Bankruptcy,   PO Box 94982: Mailstop Br-Yb58-01-5,   Cleveland, OH 44101-4982
518865318*    +U.S. Bancorp,   Attn: Bankruptcy,   800 Nicollet Mall,   Minneapolis, MN 55402-7014
518865319*    +U.S. Bancorp,   Attn: Bankruptcy,   800 Nicollet Mall,   Minneapolis, MN 55402-7014
                                                                                 TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Hesham M Eldeib herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```