Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  20−17508−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hesham M Eldeib
   2084 Yorktowne Blvd.
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−0093

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 3, 2020.

Dated: December 3, 2020
JAN: dmi

                                                                                               Jeanne Naughton
                                                                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Hesham M Eldeib  
    Debtor(s)

Case No. 20-17508-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Dec 03, 2020     Form ID: plncf13     Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hesham M Eldeib, 2084 Yorktowne Blvd., Toms River, NJ 08753-1679 |
| r | + | Ruggeri Realty, LLC, 1801 Boulevard, Seaside Park, NJ 08752-1210 |
| 518872267 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 518865285 | + | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 518865286 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518906819 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518865287 | + | Barclay Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 518865288 | + | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 518921919 | + | Brian T. Crowley, McDonnell Crowley, LLC, 115 Maple Ave., Red Bank, NJ 07701-1752 |
| 518865289 | | Business Card, PO Box 15796, Wilmington, DE 19886-5796 |
| 518865293 | | Cardmemeber Services, PO Box 790408, Saint Louis, MO 63179-0408 |
| 518865294 | + | Cbna, Attn: Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 518865298 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 518929037 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518865301 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 518865303 | | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 518865304 | + | First Mark Services, First Mark Services, PO Box 82522, Lincoln, NE 68501-2522 |
| 518865305 | + | First National Bank of Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 518865306 | | Firstmark Services, PO Box 2977, Omaha, NE 68103-2977 |
| 518955091 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn:Business Services, Depew, NY 14043-2690 |
| 518865307 | + | Holiday City Association, 2170 Yorktowne Blvd., Toms River, NJ 08753-1630 |
| 518865308 | + | Hsbc Bank, Attn: Bankruptcy, PO Box 2013, Buffalo, NY 14240-2013 |
| 518919045 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518874743 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 518865309 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518932943 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518946077 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518865313 | | Shop Your Way Mastercard, PO Box 78024, Phoenix, AZ 85062-8024 |
| 518865316 | + | TD Bank, NA, PO Box 100290, Columbia, SC 29202-3290 |
| 518865317 | + | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 518889917 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518865320 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518874994 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518865322 | | Zwicker & Associates, PC, 80 Minuteman Rd., Andover, MA 01810-1008 |
| 518865321 | + | Zwicker & Associates, PC, 800 Federal Street, Andover, MA 01810-1067 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov  Dec 03 2020 22:05:00 | | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518865284 | | Email/Text: bnc@alltran.com  Dec 03 2020 22:04:00 | | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 518865283 | | Email/Text: bnc@alltran.com  Dec 03 2020 22:04:00 | | Alltran Financial, LP, 5800 North Course Drive, Houston, TX 77072-1613 |
| 518882540 | | Email/Text: Bankruptcy.RI@Citizensbank.com  Dec 03 2020 22:03:00 | | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 518865290 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com  Dec 03 2020 23:08:10 | | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518865302 | | Email/Text: mrdiscen@discover.com  Dec 03 2020 22:03:00 | | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 518879198 | | Email/Text: mrdiscen@discover.com  Dec 03 2020 22:03:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519000019 | | Email/Text: JCAP_BNC_Notices@jcap.com  Dec 03 2020 22:05:00 | | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519000020 | | Email/Text: JCAP_BNC_Notices@jcap.com  Dec 03 2020 22:05:00 | | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 518865295 | | Email/PDF: ais.chase.ebn@americaninfosource.com  Dec 03 2020 23:21:38 | | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 518865309 | | Email/Text: Bankruptcy.Notices@pnc.com  Dec 03 2020 22:03:00 | | PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518932943 | | Email/Text: Bankruptcy.Notices@pnc.com  Dec 03 2020 22:03:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518979484 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Dec 03 2020 23:16:08 | | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518865312 | + | Email/Text: bankruptcyteam@quickenloans.com  Dec 03 2020 22:06:00 | | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 518866074 | + | Email/PDF: gecsedi@recoverycorp.com  Dec 03 2020 23:21:17 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518865314 | + | Email/PDF: gecsedi@recoverycorp.com  Dec 03 2020 23:21:17 | | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518865315 | | Email/Text: bankruptcy@td.com  Dec 03 2020 22:05:00 | | TD Bank, N.A., 32 Chestnut Street, PO Box 1377, Lewiston, ME 04243 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518921920 | *+ | Brian T. Crowley, McDonnell Crowley, LLC, 115 Maple Ave., Red Bank, NJ 07701-1752 |
| 518865291 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518865292 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518865299 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 518865300 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 518865296 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 518865297 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |

| | | | |
|---|---|---|---|
| 518865310 | *P++ | | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518865311 | *P++ | | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518865318 | *+ | | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 518865319 | *+ | | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

**Name** — **Email Address**

Albert Russo
docs@russotrustee.com

Brian Thomas Crowley
on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com

Denise E. Carlon
on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Herbert B. Raymond
on behalf of Debtor Hesham M Eldeib herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

John Michael McDonnell
on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6