1

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

3

Raymond and Raymond, Esq.
Attorneys at Law

4

7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017

5

(973) 675-5622; (408) 519-6711
Telefax

6

Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M.

7

Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

**Order Filed on August 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

8

In Re:

Case No.:   20-17508 (CMG)

9

10

HESHAM ELDEIB,   DEBTOR(S)

Adv. No.:

Hearing Date:

11

Judge: CHRISTINE GRAVELLE

12

13

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

14

The relief set forth on the following pages two (2) through two (2),  is
hereby **ORDERED**.

15

16

17

18

19

20

21

22

23 **DATED: August 23, 2021**

24

Honorable Christine M. Gravelle
United States Bankruptcy Judge

25

26

27

28

Page 2

Debtor: Hesham Eldeib,  Debtor(s)

Case no.:   20-17508 (CMG)

Caption of order: Order Granting Supplemental Counsel Fees

_____

     The applicant having certified that legal work supplemental

to basic Chapter 13 services has been rendered, and no objections

having been raised:

     ORDERED that Raymond and Raymond, Esqs., the applicant, is

allowed a fee of **$150.00** for services rendered and expenses in

the amount **$32.00**   for a total of **$182.00.**  The allowance shall

be payable

     ___XXXX___   through the Chapter 13 plan as an administrative

priority.

     _____   outside the plan.

CHAPTER 13 PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS

FOLLOWS:

**$1,060 paid in through November 2020**

**$610 per month for nine (9) months starting December 2020**

**$615 per month for forty-eight (48) months starting September
2021**

     This fee shall be payable to Debtor's counsel

notwithstanding the dismissal of the case.