Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−17508−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hesham M Eldeib
   2084 Yorktowne Blvd.
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−0093

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 3, 2020.

On September 14, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:             October 20, 2021
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 15, 2021
JAN: wdr

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Hesham M Eldeib  
    Debtor

Case No. 20-17508-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Sep 15, 2021     Form ID: 185     Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hesham M Eldeib, 2084 Yorktowne Blvd., Toms River, NJ 08753-1679 |
| r | + | Ruggeri Realty, LLC, 1801 Boulevard, Seaside Park, NJ 08752-1210 |
| 518872267 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 518865285 | + | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 518865286 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518906819 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518865287 | + | Barclay Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 518865288 | + | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519278033 | + | Brian Gorelick, 3316 Briggs Circle, Livingston, NJ 07039-1761 |
| 518921919 | + | Brian T. Crowley, McDonnell Crowley, LLC, 115 Maple Ave., Red Bank, NJ 07701-1752 |
| 518865289 | | Business Card, PO Box 15796, Wilmington, DE 19886-5796 |
| 518865303 | | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 518865304 | + | First Mark Services, First Mark Services, PO Box 82522, Lincoln, NE 68501-2522 |
| 518865305 | + | First National Bank of Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 518865306 | | Firstmark Services, PO Box 2977, Omaha, NE 68103-2977 |
| 518955091 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn:Business Services, Depew, NY 14043-2690 |
| 518865307 | + | Holiday City Association, 2170 Yorktowne Blvd., Toms River, NJ 08753-1630 |
| 518865308 | + | Hsbc Bank, Attn: Bankruptcy, PO Box 2013, Buffalo, NY 14240-2013 |
| 518919045 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519278034 | + | Liberty Mutual Insurance, 175 Berkeley Street, Boston, MA 02116-3350 |
| 519278035 | + | New Jersey Manufacturing Insurance Co, 301 Sullivan Way, Trenton, NJ 08628-3406 |
| 518874743 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519278036 | + | Progressive Claims, PO Box 94639, Cleveland, OH 44101-4639 |
| 518946077 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518865313 | | Shop Your Way Mastercard, PO Box 78024, Phoenix, AZ 85062-8024 |
| 518865316 | + | TD Bank, NA, PO Box 100290, Columbia, SC 29202-3290 |
| 519278037 | + | The Progressive Corporation, 6300 Wilson Mills Rd., Cleveland, OH 44143-2182 |
| 518865320 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518874994 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519278038 | + | Yehuda L. Feuer, 903 Park Terrace, Lakewood, NJ 08701-2061 |
| 518865321 | + | Zwicker & Associates, PC, 800 Federal Street, Andover, MA 01810-1067 |
| 518865322 | | Zwicker & Associates, PC, 80 Minuteman Rd., Andover, MA 01810-1008 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518865284 | | Email/Text: bnc@alltran.com | Sep 15 2021 20:28:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 518865283 | | Email/Text: bnc@alltran.com | Sep 15 2021 20:28:00 | Alltran Financial, LP, 5800 North Course Drive, Houston, TX 77072-1613 |
| 518882540 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 15 2021 20:28:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 518865290 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 15 2021 20:36:54 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518865293 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 15 2021 20:28:00 | Cardmemeber Services, PO Box 790408, Saint Louis, MO 63179-0408 |
| 518865294 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2021 20:37:09 | Cbna, Attn: Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 518865298 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2021 20:37:02 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 518929037 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2021 20:37:09 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518865301 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2021 20:36:56 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 518865302 | | Email/Text: mrdiscen@discover.com | Sep 15 2021 20:28:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 518879198 | | Email/Text: mrdiscen@discover.com | Sep 15 2021 20:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519000019 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 15 2021 20:28:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519000020 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 15 2021 20:28:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 518865295 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 15 2021 20:36:54 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 518865309 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2021 20:28:00 | PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518932943 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2021 20:28:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518979484 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2021 20:37:01 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518865312 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 15 2021 20:28:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518866074 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2021 20:37:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518865314 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2021 20:36:54 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518865315 | | Email/Text: bankruptcy@td.com | Sep 15 2021 20:28:00 | TD Bank, N.A., 32 Chestnut Street, PO Box 1377, Lewiston, ME 04243 |
| 518865317 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 15 2021 20:28:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 518889917 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 15 2021 20:28:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 25

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: 185 | Total Noticed: 57 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518921920 | *+ | Brian T. Crowley, McDonnell Crowley, LLC, 115 Maple Ave., Red Bank, NJ 07701-1752 |
| 518865291 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518865292 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518865299 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 518865300 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 518865296 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 518865297 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 518865310 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518865311 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518865318 | *+ | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 518865319 | *+ | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian Thomas Crowley | on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Hesham M Eldeib herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6