| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Raymond and Raymond, Esq.<br>Attorneys at Law<br>7 Glenwood Avenue, 4^(TH) Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) | **Order Filed on December 27, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>HESHAM ELDEIB,  DEBTOR(S) | Case No.:   20-17508 (CMG)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: CHRISTINE GRAVELLE |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

    The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

DATED: December 27, 2021

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtor: Hesham Eldeib,  Debtor(s)

Case no.:   20-17508 (CMG)

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$800.00** for services rendered and expenses in the amount **$0.00**   for a total of **$800.00**.  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

CHAPTER 13 PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$7,506 paid in through October 2021**

**$354 per month for two (2) months starting November 2021**

**$374 per month for forty-four (44) months starting January 2022**

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.