**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Hesham M Eldeib** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0093 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–17508–CMG | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Hesham M Eldeib

<u>11/14/25</u>                                                       **By the court:** <u>Christine M. Gravelle</u>
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 20-17508-CMG

Hesham M Eldeib                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 14, 2025 | Form ID: 3180W | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hesham M Eldeib, 2084 Yorktowne Blvd., Toms River, NJ 08753-1679 |
| 519278033 | + | Brian Gorelick, 3316 Briggs Circle, Livingston, NJ 07039-1761 |
| 518921919 | + | Brian T. Crowley, McDonnell Crowley, LLC, 115 Maple Ave., Red Bank, NJ 07701-1752 |
| 518865289 | | Business Card, PO Box 15796, Wilmington, DE 19886-5796 |
| 518865307 | + | Holiday City Association, 2170 Yorktowne Blvd., Toms River, NJ 08753-1630 |
| 519278038 | + | Yehuda L. Feuer, 903 Park Terrace, Lakewood, NJ 08701-2061 |
| 518865321 | + | Zwicker & Associates, PC, 800 Federal Street, Andover, MA 01810-1067 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2025 23:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2025 23:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518865284 | | EDI: URSI.COM | Nov 15 2025 04:07:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 518865283 | | EDI: URSI.COM | Nov 15 2025 04:07:00 | Alltran Financial, LP, 5800 North Course Drive, Houston, TX 77072-1613 |
| 518872267 | + | Email/Text: bkfilings@zwickerpc.com | Nov 14 2025 23:21:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 518865285 | + | Email/PDF: bncnotices@becket-lee.com | Nov 14 2025 23:22:55 | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 518865286 | + | EDI: BANKAMER | Nov 15 2025 04:07:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518906819 | + | EDI: BANKAMER2 | Nov 15 2025 04:07:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518865287 | + | EDI: TSYS2 | Nov 15 2025 04:07:00 | Barclay Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 518865288 | + | EDI: TSYS2 | Nov 15 2025 04:07:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 518882540 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 14 2025 23:20:00 | Citizens Bank N.A., One Citizens Bank Way, |

Case 20-17508-CMG    Doc 80    Filed 11/16/25    Entered 11/17/25 01:03:31    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2025 | Form ID: 3180W | Total Noticed: 56 |

| | | | |
|---|---|---|---|
| | | | JCA115, Johnston, Rhode Island 02919 |
| 518865290 | + EDI: CAPITALONE.COM | Nov 15 2025 04:07:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518865293 | EDI: USBANKARS.COM | Nov 15 2025 04:07:00 | Cardmemeber Services, PO Box 790408, Saint Louis, MO 63179-0408 |
| 518865294 | + EDI: CITICORP | Nov 15 2025 04:07:00 | Cbna, Attn: Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 518865295 | + EDI: JPMORGANCHASE | Nov 15 2025 04:07:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 518865298 | + EDI: CITICORP | Nov 15 2025 04:07:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 518929037 | EDI: CITICORP | Nov 15 2025 04:07:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518865301 | + EDI: CITICORP | Nov 15 2025 04:07:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 518865302 | EDI: DISCOVER | Nov 15 2025 04:07:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 518879198 | EDI: DISCOVER | Nov 15 2025 04:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 518865303 | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2025 23:20:00 | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 518874743 | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2025 23:20:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 518865305 | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2025 23:20:00 | First National Bank of Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103 |
| 518865304 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Nov 14 2025 23:20:00 | First Mark Services, First Mark Services, PO Box 82522, Lincoln, NE 68501 |
| 518865306 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Nov 14 2025 23:20:00 | Firstmark Services, PO Box 2977, Omaha, NE 68103-2977 |
| 518955091 | ^ MEBN | Nov 14 2025 23:11:22 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn:Business Services, Depew, NY 14043-2690 |
| 518865308 | + EDI: HFC.COM | Nov 15 2025 04:07:00 | Hsbc Bank, Attn: Bankruptcy, PO Box 2013, Buffalo, NY 14240-2013 |
| 519000019 | EDI: JEFFERSONCAP.COM | Nov 15 2025 04:07:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519000020 | EDI: JEFFERSONCAP.COM | Nov 15 2025 04:07:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 518919045 | + Email/Text: RASEBN@raslg.com | Nov 14 2025 23:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519278034 | Email/Text: LibertySOP@cscglobal.com | Nov 14 2025 23:20:00 | Liberty Mutual Insurance, 175 Berkeley Street, Boston, MA 02116 |
| 519278035 | + Email/Text: legalcollections@njm.com | Nov 14 2025 23:20:00 | New Jersey Manufacturing Insurance Co, 301 Sullivan Way, Trenton, NJ 08628-3406 |
| 518865309 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2025 23:20:00 | PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518932943 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2025 23:20:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |

Case 20-17508-CMG    Doc 80    Filed 11/16/25    Entered 11/17/25 01:03:31    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2025 | Form ID: 3180W | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518979484 | | EDI: PRA.COM | Nov 15 2025 04:07:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519278036 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 14 2025 23:20:00 | Progressive Claims, PO Box 94639, Cleveland, OH 44101-4639 |
| 518865312 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 14 2025 23:21:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518946077 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 14 2025 23:21:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518865313 | | EDI: CITICORP | Nov 15 2025 04:07:00 | Shop Your Way Mastercard, PO Box 78024, Phoenix, AZ 85062-8024 |
| 518866074 | + | EDI: PRA.COM | Nov 15 2025 04:07:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518865314 | + | EDI: SYNC | Nov 15 2025 04:07:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518865315 | | EDI: TDBANKNORTH.COM | Nov 15 2025 04:07:00 | TD Bank, N.A., 32 Chestnut Street, PO Box 1377, Lewiston, ME 04243 |
| 518865316 | + | EDI: TDBANKNORTH.COM | Nov 15 2025 04:07:00 | TD Bank, NA, PO Box 100290, Columbia, SC 29202-3290 |
| 519278037 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 14 2025 23:20:00 | The Progressive Corporation, 6300 Wilson Mills Rd., Cleveland, OH 44143-2182 |
| 518865317 | + | EDI: USBANKARS.COM | Nov 15 2025 04:07:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 518889917 | | EDI: USBANKARS.COM | Nov 15 2025 04:07:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518865320 | + | EDI: WFHOME | Nov 15 2025 04:07:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518874994 | | EDI: WFCCSBK | Nov 15 2025 04:07:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518865322 | | Email/Text: bkfilings@zwickerpc.com | Nov 14 2025 23:21:00 | Zwicker & Associates, PC, 80 Minuteman Rd., Andover, MA 01810-1008 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518921920 | *+ | Brian T. Crowley, McDonnell Crowley, LLC, 115 Maple Ave., Red Bank, NJ 07701-1752 |
| 518865291 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518865292 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518865296 | *+ | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 518865297 | *+ | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 518865299 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 518865300 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 518865310 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518865311 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518865318 | *+ | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 518865319 | *+ | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| r | ##+ | Ruggeri Realty, LLC, 1801 Boulevard, Seaside Park, NJ 08752-1210 |

Case 20-17508-CMG   Doc 80   Filed 11/16/25   Entered 11/17/25 01:03:31   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2025 | Form ID: 3180W | Total Noticed: 56 |

TOTAL: 0 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian Thomas Crowley | on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Hesham M Eldeib herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,paralegal@mchfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6